1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   MANUEL AGUILERA-RODRIGUEZ

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,      ) No. CR-S-08-162-LKK
                                  )
13            Plaintiff,          ) **STIPULATION AND ORDER**
                                  ) **CONTINUING STATUS CONFERENCE**
14      v.                        ) **AND EXCLUDING TIME**
                                  )
15 MANUEL AGUILERA-RODRIGUEZ,     )
                                  ) Date:  May 28, 2008
16            Defendant.          ) Time:  9:30 a.m.
                                  ) Judge: Lawrence K. Karlton
17 _____)

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20 of America, and defendant, MANUEL AGUILERA-RODRIGUEZ, through their
21 respective attorneys, that the status conference presently scheduled for
22 May 28, 2008 may be continued to June 17, 2008, at 9:30 a.m.
23      Defense counsel seeks additional time to review pre-plea sentencing
24 calculations with Mr. Aguilera-Rodriguez.  Counsel will be unavailable
25 during the next two weeks and unable until the week of June 2, 2008 to
26 travel to the jail in Nevada City where the Marshals are keeping Mr.
27 Aguilera-Rodriguez.  The parties agree that time may be excluded from the
28 date of this order through June 17, 2008, pursuant to 18 U.S.C. §

1  3161(h)(8)(A) and (B)(iv)(Local Code T4) to afford reasonable time to
2  prepare and to assure continuity of defense counsel.
3                                      Respectfully submitted,
4                                      DANIEL J. BRODERICK
                                       Federal Defender
5
6  Dated: May 21, 2008                 /s/ T. Zindel
                                       TIMOTHY ZINDEL
7                                      Assistant Federal Defender
                                       Attorney for Defendant
8                                      MANUEL AGUILERA-RODRIGUEZ
9
10                                     McGREGOR SCOTT
                                       United States Attorney
11
12 Dated: May 21, 2008                 /s/ T. Zindel for D. McConkie
                                       DANIEL MCCONKIE, JR.
13                                     Assistant U.S. Attorney
14

15                              **O R D E R**

16    The status conference is continued to June 17, 2008, at 9:30 a.m.
17 Time under the Speedy Trial Act is excluded through that date in order to
18 afford counsel reasonable time to prepare, the Court finding that the
19 ends of justice served by granting a continuance outweigh the best
20 interests of the public and the defendant in a speedy trial for the
21 reasons set forth above.
22    IT IS SO ORDERED.
23 Dated: May 23, 2008

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

Stip & Order/U.S. v. Aguilera-Rodriquez  -2-